No. 02–5216. NARANJO v. MUNDY TOWNSHIP. Cir. Ct. Genesee County, Mich. Certiorari denied.

No. 02–5217. BLACK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5219. SEATON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–5221. COLE v. MOSLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5223. NELSON v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5224. POINTER v. PARENTS FOR FAIR SHARE. C. A. 8th Cir. Certiorari denied.

No. 02–5225. MENDEZ-GUDINO v. UNITED STATES; PRUDENCIO v. UNITED STATES; RAMIREZ-FERNANDEZ v. UNITED STATES; RODRIGUEZ-MANCERA v. UNITED STATES; and LUARGAS-VELASQUEZ, AKA VARGAS-VELASQUEZ, AKA MEZA-FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 389 (third and fifth cases) and 390 (first, second, and fourth cases).

No. 02–5226. BEARDEN v. TEXAS; and
No. 02–5227. BEARDEN v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 02–5229. MIRANDA v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 02–5231. HENRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5232. GUERRERO-MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5233. OKAFOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5234. PARKE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.